**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :        CHAPTER 13
Janice Young

        DEBTOR                    :        BKY. NO.  15-18349JKF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

Date:  July 26, 2016            _____s/_____
                                                MICHAEL A. CATALDO, ESQUIRE
                                                CIBIK & CATALDO
                                                1500 WALNUT STREET, STE. 900
                                                PHILADELPHIA, PA  19102
                                                (215) 735-1060