## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JANICE YOUNG<br><br>DEBTOR(S) | CHAPTER 13<br><br><br><br>CASE NO. 15-18349JKF13 |

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  July 28, 2016            CIBIK & CATALDO, P.C.
                                 ATTORNEY FOR DEBTOR(S)

                                 By: /s/ MICHAEL A. CATALDO
                                 1500 Walnut Street, Suite 900
                                 Philadelphia, PA 19102
                                 Tel: (215) 735-1060
                                 Fax: (215) 735-6769
                                 Email: ccpc@ccpclaw.com