United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18349-jkf
Janice Young                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Aug 03, 2016
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
db             +Janice Young,    1005 Clifton Avenue,    Sharon Hill, PA 19079-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Janice  Young ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Janice  Young ecf@ccpclaw.com, igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Janice Young | | |
| | | |
| DEBTOR | : | BKY. NO.  15-18349JKF13 |

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 29th day of July 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,000.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Eric L. Frank
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Janice Young
      1005 Clifton Avenue
      Sharon Hill, PA 19079

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119